AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
DEC 23 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br>Chanel Loren TRIM | )<br>)<br>)  Case No.<br>)  7:19-M-436-01<br>)<br>) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 20, 2019__ in the county of __Midland, Texas__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 USC 841(a)(1) | did knowingly and intentionally possess with intent to distribute a quantity of Cocaine Base "Crack" a schedule I Controlled Substance |

This criminal complaint is based on these facts:
SEE ATTACHMENT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

James Dolan MPD Detective
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/23/2019

_____
*Judge's signature*

City and state: Midland, Texas

Ronald Griffin U.S. Magistrate Judge
*Printed name and title*