**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | NO.   **MO:20-CR-00040 (01)** |
| | § | |
| **CHANTEL LOREN TRIM** | § | |

**ORDER TO FILE RESPONSE**

**BEFORE THE COURT** is Defendant's Motion for Reduction in Sentence Pursuant

3582(c)(1)(A)(i) of the First Step Act (Doc. 60) filed March 5, 2026.

The Court **ORDERS** the Government to file a response to the Defendant's Motion on or

before **Monday, April 20, 2026**.

It is so **ORDERED**.

SIGNED this 6th day of March, 2026.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE