PROB 12B
(7/93)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  Chanel Loren Trim                                          Case Number:  7:20CR00040-001

Name of Sentencing Judicial Officer:  Honorable David Counts, U.S. District Judge

Date of Original Sentence:  July 9, 2020

Original Offense:  Possession With Intent to Distribute a Quantity of Cocaine Base, "Crack," in violation of 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C).

Original Sentence: 151 months of imprisonment; 3 years supervised release

Type of Supervision:  Supervised Release          Date Supervision Commenced:  To be determined

## PREVIOUS COURT ACTION

None.

## PETITIONING THE COURT

☐ To extend the term of supervision ____ years, for a total of _____ years.

☒ To modify the conditions of supervision as follows:

"The defendant must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. The defendant must allow reciprocal release of information between the supervising officer and treatment provider. The defendant must contribute to the cost of treatment according to your ability to pay."

"The defendant must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. The defendant must contribute to the cost of treatment according to your ability to pay. The defendant must allow full reciprocal disclosure between the supervising officer and treatment provider."

"The defendant must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances."

"The defendant must not enter into or remain in any establishment where alcohol is the primary item of sale. The defendant must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

## CAUSE

Upon review of Ms. Trim Presentence Investigation Report, it is respectfully recommended that the above conditions be added to ensure compliance, provide structure, and increase the likelihood of success during the three-year term of supervision and beyond. Ms. Trim has agreed to this proposed modification by way of signature on the attached Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision.

Approved:                                                    Respectfully submitted,


Jeff Hale                                                    Arturo Merino
Supervising U.S. Probation Officer                           United States Probation Officer
Telephone: (432) 685-0302                                    Telephone: (432) 685-0323
                                                             Date: April 22, 2026


cc:    Kevin Cayton, AUSA


THE COURT ORDERS:

☐  No action.

☐  The extension of supervision as noted above.

☒  The modification of conditions as noted above.

☐  Other_____


Honorable David Counts
U.S. District Judge

April 22, 2026
Date

PROB 49
(3/89)

# United States District Court

Western    District of    Texas

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

"The defendant must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. The defendant must allow reciprocal release of information between the supervising officer and treatment provider. The defendant must contribute to the cost of treatment according to your ability to pay."

"The defendant must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. The defendant must contribute to the cost of treatment according to your ability to pay. The defendant must allow full reciprocal disclosure between the supervising officer and treatment provider."

"The defendant must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances."

"The defendant must not enter into or remain in any establishment where alcohol is the primary item of sale. The defendant must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance."

_____
(U.S. Probation Officer)

Signed _____
(Probationer or Supervised Releasee)

4/20/2026
(Date)